IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:99cr140-ID |
| | ) | WO |
| KENNETH BRYANT | ) | |

**O R D E R**

Defendant Kenneth Bryant has filed a pleading styled as a "*Motion Pursuant to 3582(c) or in the Alternative Motion Pursuant to Rule 60(B)*" (Doc. 54), wherein he challenges the conviction and sentence imposed upon him by this court in 2000 for possession with intent to distribute cocaine base.  A review of the claims presented by Bryant in his motion indicates that he seeks relief from this court that is appropriate only under the remedy provided by 28 U.S.C. § 2255.  Accordingly, the Clerk of this court is hereby DIRECTED to:

1.  Open a civil action under 28 U.S.C. § 2255.

2.  Docket the following documents, currently docketed in 2:99cr140-ID,  in the newly opened civil action:

> (a)  Bryant's "*Motion Pursuant to 3582(c) or in the Alternative Motion Pursuant to Rule 60(B)*" (Doc. 54 in 2:99cr140-ID);

> (b)  This Court's December 30, 2004, *Order as to Kenneth Bryant* (Doc. 55 in 2:99cr140-ID); and

> (c)  The United States' January 14, 2005, *Response to Order to Show Cause* (Doc. 56 in 2:99cr140-ID).

3.  Assign the newly opened case to the Magistrate Judge and District Judge

to whom the instant case is assigned; and

4.   Refer the case file to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 3rd day of May, 2005.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE